FILED
MAR 0 4 2009
CLERK, U.S.
SOUTHERN DISTRICT ... CALIFORNIA
BY ... DEPUTY

✺AO 245D  (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __CALIFORNIA__

UNITED STATES OF AMERICA
V.
MOISES VALVERDE-GARCIA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 05CR2101-GT

MICHELLE BETANCOURT, FED. DEFENDERS, INC.
Defendant's Attorney

**REGISTRATION No.** 94680098

☐

THE DEFENDANT:
[x] admitted guilt to violation of allegation(s) No. __1 AND 2__

☐ was found in violation of allegation(s) No. _____ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense |
| 2 | Illegal entry into United States |

__Supervised Release__ is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

MARCH 3, 2009
Date of Imposition of Sentence

*/s/ Gordon Thompson, Jr.*
HON. GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE

05CR2101-GT

AO 245B    (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page  2  of  2 

DEFENDANT: MOISES VALVERDE-GARCIA
CASE NUMBER: 05CR2101-GT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

EIGHT (8) MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL

05CR2101-GT